# Court of Appeals
# of the State of Georgia

ATLANTA,  August 22, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0145. CORNELIUS WRIGHT v. MARTY ALLEN.

A jury convicted Cornelius Wright of malice murder and other crimes, and the Georgia Supreme Court affirmed his convictions on appeal. *Wright v. State*, 300 Ga. 185 (794 SE2d 105) (2016). In 2017, Wright filed a petition for writ of habeas corpus. Following a hearing, the trial court denied Wright's petition, and he appeals.

The Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus.[1] See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). The Supreme Court also has exclusive appellate jurisdiction over all cases "in which a sentence of death was imposed or could be imposed[,]" Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8), such as malice murder. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring).

For these reasons, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/22/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen , *Clerk.*

---

[1] Indeed, in his notice of appeal, Wright appealed to the Supreme Court, but the record was transmitted to this Court instead.